**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01642-REB-MJW

CATHOLIC HEALTH INITIATIVES OF COLORADO, d/b/a St. Mary-Corwin Medical Center,

      Plaintiff,

v.

COMMUNICATIONS WORKERS OF AMERICA, DISTRICT 7, and
CARY KONCILJA,

      Defendants.

**MINUTE ORDER**[1]

The matter comes before the court on defendants' **Motion For Leave To Allow Defendants To File Brief in Reply To Plaintiff's Brief Titled Reply in Support of Motion To Vacate Arbitration Award** [#19] filed November 19, 2009 The motion is **GRANTED**. The reply shall conform to REB Civ. Practice Standard V.B.1.

      Dated: November 10, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.